**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

**National Infusion Center Association, et al**

-vs-                                         Case No.  **1:23-cv-00707**

**Xavier Becerra, in his official capacity as
Secretary of the U.S. Department of Health and
Human Services, et al**

## O R D E R

BE IT REMEMBERED on this the __23rd__ day of ___June___, 20 _23_, there was presented to the Court the Motion for Admission *Pro Hac Vice* filed by __**Jeffrey L. Handwerker**__ ("Applicant"), counsel for _____ **PhRMA** _____ and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission *Pro Hac Vice* is GRANTED, and Applicant may appear on behalf of _____ **PhRMA** _____ in the above case.

IT IS FURTHER ORDERED that Applicant, if Applicant has not already done so, shall, in compliance with Local Court Rule AT-1(f)(2), immediately tender the amount of $100.00, made payable to:  **Clerk, U.S. District Court.**

IT IS FURTHER ORDERED that Applicant, pursuant to the Administrative Policies and Procedures for Electronic Filing in Civil and Criminal cases in the Western District of Texas, shall register as a filing user within 10 days of the date of this Order.

IT IS FINALLY ORDERED that Applicant's *Pro Hac Vice* status shall not become effective until Applicant has complied with all provisions of this Order.

SIGNED this the __23rd__ day of ___June___ 20 _23_.

_____
UNITED STATES DISTRICT JUDGE