IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| NATIONAL INFUSION CENTER ASSOCATION, on behalf of itself and its members; GLOBAL COLON CANCER ASSOCIATION, on behalf of itself and its members; and PHARMACEUTICAL RESEARCH AND MANUFACTURERS OF AMERICA, on behalf of itself and its members,<br><br>    *Plaintiffs*,<br><br>vs.<br><br>XAVIER BECERRA, in his official capacity as Secretary of the U.S. Department of Health and Human Services; the U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; CHIQUITA BROOKS-LASURE, in her official capacity as Administrator of the Centers for Medicare and Medicaid Services; and the CENTERS FOR MEDICARE AND MEDICAID SERVICES,<br><br>    *Defendants*. | CIVIL ACTION NO. 1:23-cv-00707 |

## **RULE 7.1 DISCLOSURE OF CORPORATE INTERESTS**

Pursuant to Rule 7.1(a)(1) of the Federal Rules of Civil Procedure, Plaintiff National Infusion Center Association (NICA) hereby states that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

Date: June 27, 2023                                   Respectfully submitted,

**CLEVELAND | KRIST PLLC**

*/s/ McKenzie Edwards*
Tim Cleveland
State Bar No. 24055318
Austin Krist
State Bar No. 24106170
Ibituroko-Emi Lawson
State Bar No. 24113443
McKenzie Edwards
State Bar No. 24116316
303 Camp Craft Road, Suite 325
Austin, Texas 78746
(512) 689-8698
tcleveland@clevelandkrist.com
akrist@clevelandkrist.com
elawson@clevelandkrist.com
medwards@clevelandkrist.com

*Attorneys for NICA*

## CERTIFICATE OF SERVICE

   I hereby certify that this document will be served on all counsel of record in the above-captioned cause by way of e-service and/or email on June 27, 2023.

                                   */s/ McKenzie Edwards*
                                   McKenzie Edwards