**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**

**FILED**

August 02, 2023

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____ **SO**

DEPUTY

NATIONAL INFUSION CENTER
ASSOCIATION, on behalf of itself and its
members; GLOBAL COLON CANCER
ASSOCIATION, on behalf of itself and its
members; and PHARMACEUTICAL
RESEARCH AND MANUFACTURERS OF
AMERICA, on behalf of itself and its
members,

        Plaintiffs,

vs.

XAVIER BECERRA, in his official capacity
as Secretary of the U.S. Department of Health
and Human Services; the U.S.
DEPARTMENT OF HEALTH AND
HUMAN SERVICES; CHIQUITA BROOKS-
LASURE, in her official capacity as
Administrator of the Centers for Medicare and
Medicaid Services; and the CENTERS FOR
MEDICARE AND MEDICAID SERVICES,

        Defendants.

Civil Action No. 1:23-cv-00707

## <u>ORDER</u>

IT IS ORDERED that the parties' deadlines and page limits for briefing their forthcoming

cross-motions for summary judgment are as set forth below:

| Motion/Response | Deadline | Page Limit |
|---|---|---|
| Plaintiff's Motion for Summary Judgment | August 10, 2023 | 30 pages |
| Defendants' Combined Cross-Motion for Summary Judgment and Opposition to Plaintiff's Motion for Summary Judgment | September 29, 2023 | 40 pages |
| Plaintiff's Combined Reply and Opposition to Defendants' Cross-Motion | October 26, 2023 | 30 pages |
| Defendants' Reply | November 17, 2023 | 20 pages |

IT IS FURTHER ORDERED that, given the parties' forthcoming cross-motions for summary judgment, Defendants need not file an Answer to the Complaint.

SIGNED this the 2nd day of August, 2023.

_____
UNITED STATES DISTRICT JUDGE