# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| NATIONAL INFUSION CENTER ASSOCIATION, on behalf of itself and its members; GLOBAL COLON CANCER ASSOCIATION, on behalf of itself and its members; and PHARMACEUTICAL RESEARCH AND MANUFACTURERS OF AMERICA, on behalf of itself and its members,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>XAVIER BECERRA, in his official capacity as Secretary of the U.S. Department of Health and Human Services; the U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; CHIQUITA BROOKS-LASURE, in her official capacity as Administrator of the Centers for Medicare and Medicaid Services; and the CENTERS FOR MEDICARE AND MEDICAID SERVICES,<br><br>　　　　　　Defendants. | Civil Action No. 1:23-cv-00707 |

## [PROPOSED] ORDER

Before the Court is the motion by the Biosimilars Forum for leave to file a brief as *amicus curiae* in support of plaintiffs' motion for summary judgment, which was filed on August 24, 2023. The Court has determined that this motion should be GRANTED.

The Clerk is therefore directed to file the proposed Brief of the Biosimilars Forum as Amicus Curiae in Support of Plaintiffs' Motion for Summary Judgment, and place that brief on the electronic docket in this case.

Dated: _____　　　　　　　　　　　_____
.　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

Respectfully submitted,

*/s/ J. Carl Cecere*

**J. Carl Cecere**
State Bar No. 24050397
ccecere@cecerepc.com
**Cecere PC**
6035 McCommas Blvd.
Dallas, TX  75206
(469) 600-9455

Dated: August 24, 2023                                              *Counsel for The Biosimilars Forum*

2

## CERTIFICATE OF SERVICE

  I hereby certify that on August 24, 2023, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

*/s/ J. Carl Cecere*

**J. Carl Cecere**

1