IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| NATIONAL INFUSION CENTER ASSOCIATION, ON BEHALF OF ITSELF AND ITS MEMBERS; GLOBAL COLON CANCER ASSOCIATION, ON BEHALF OF ITSELF AND ITS MEMBERS; AND PHARMACEUTICAL RESEARCH AND MANUFACTURERS OF AMERICA, ON BEHALF OF ITSELF AND ITS MEMBERS;<br>*Plaintiffs*<br><br>-vs-<br><br>XAVIER BECERRA, IN HIS OFFICIAL CAPACITY AS SECRETARY OF THE U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES;  U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, CHIQUITA BROOKS-LASURE, IN HER OFFICIAL CAPACITY AS ADMINISTRATOR OF THE CENTERS FOR MEDICARE AND MEDICAID SERVICES; AND CENTERS FOR MEDICARE AND MEDICAID SERVICES,<br>*Defendants* | A-23-CV-00707-DII |

**ORDER OF CASE REASSIGNMENT**

IT IS ORDERED that the above-styled and numbered cause is REASSIGNED to the docket of the Honorable David A. Ezra, United States District Judge for the Western District of Texas, for all purposes.

SIGNED this the 21st day of September 2023.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE