IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| NATIONAL INFUSION CENTER ASSOCIATION, on behalf of itself and its members; GLOBAL COLON CANCER ASSOCIATION, on behalf of itself and its members; and PHARMACEUTICAL RESEARCH AND MANUFACTURERS OF AMERICA, on behalf of itself and its members,<br><br>                Plaintiffs,<br><br>vs.<br><br>XAVIER BECERRA, in his official capacity as Secretary of the U.S. Department of Health and Human Services, *et al.*,<br><br>                Defendants. | Civil Action No. 1:23-cv-00707-DAE |

## PLAINTIFFS' MOTION FOR LEAVE TO FILE THEIR RESPONSE TO DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY

Pursuant to Rule CV-7(B) and (E)(1) of the Local Rules of the Western District of Texas, Plaintiffs National Infusion Center Association, Global Colon Cancer Association, and Pharmaceutical Research and Manufacturers of America, each on behalf of itself and its members, (together, "Plaintiffs") file this motion for leave to file the attached Plaintiffs' response to Defendants' Notice of Supplemental Authority.

On November 2, 2023, Defendants filed a Notice of Supplemental Authority, ECF No. 50, in support of their Motion to Dismiss, ECF No. 39. Among other issues, the Notice of Supplemental Authority ignores Plaintiffs' primary standing argument and inaccurately describes the relevant inquiry with respect to standing. Given that the parties have already filed the

documents contemplated by Rule CV-7, Plaintiffs respectfully request leave to file a very brief response, attached hereto as Exhibit A, to Defendants' Notice of Supplemental Authority.

Dated: November 7, 2023

Respectfully submitted,

/s/ Michael Kolber
Michael Kolber* (New York Bar No. 4806527)
MANATT, PHELPS & PHILLIPS LLP
7 Times Square
New York, NY 10036
(212) 790-4568
mkolber@manatt.com

Megan Thibert-Ind* (Illinois Bar No. 6290904)
MANATT, PHELPS & PHILLIPS LLP
151 N. Franklin St. Suite 2600
Chicago, IL 60606
(312) 477-4799
mthibert-ind@manatt.com

*Admitted Pro Hac Vice

*Counsel for Plaintiff Global Colon Cancer Association*

/s/ Tim Cleveland
Tim Cleveland (Texas Bar No. 24055318)
Austin Krist (Texas Bar No. 24106170)
Ibituroko-Emi Lawson (Texas Bar No. 24113443)
McKenzie Edwards (Texas Bar No. 24116316)
CLEVELAND KRIST LLC
303 Camp Craft Road, Suite 325
Austin, TX 78746
(512) 689-8698
tcleveland@clevelandkrist.com

*Counsel for Plaintiff National Infusion Center Association*

/s/ Allissa Pollard
Allissa Pollard (Texas Bar No. 24065915)
ARNOLD & PORTER KAYE SCHOLER LLP
700 Louisiana Street, Suite 4000
Houston, TX 77002
(713) 576-2451
allissa.pollard@arnoldporter.com

Jeffrey Handwerker*(D.C. Bar No. 451913)
John Elwood*(D.C. Bar No. 452726)
Allon Kedem* (D.C. Bar No. 1009039)
William Perdue*(DC Bar No. 995365)
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Avenue, NW
Washington, DC 20001
(202) 942-5000
jeffrey.handwerker@arnoldporter.com

*Admitted Pro Hac Vice

*Counsel for Plaintiff Pharmaceutical Research and Manufacturers of America*