IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| NATIONAL INFUSION CENTER ASSOCIATION, on behalf of itself and its members; GLOBAL COLON CANCER ASSOCIATION, on behalf of itself and its members; and PHARMACEUTICAL RESEARCH AND MANUFACTURERS OF AMERICA, on behalf of itself and its members,<br><br>     Plaintiffs,<br><br>vs.<br><br>XAVIER BECERRA, in his official capacity as Secretary of the U.S. Department of Health and Human Services, *et al.*,<br><br>     Defendants. | Civil Action No. 1:23-cv-00707-DAE |

**PLAINTIFFS' RESPONSE TO DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF MOTION TO DISMISS**

  The Government's notice of supplemental authority, ECF No. 50, exaggerates the significance of a *single example* of financial injury while continuing to ignore the procedural injuries that constitute the Complaint's gravamen. For two reasons, the "supplemental authority" has no effect on the standing analysis.

  *First*, the Government's argument inverts the standing inquiry. Plaintiffs have shown that, as things currently stand, the IRA will cause NICA's members harm beginning in 2026 because there will be an MFP on Stelara that will reduce Medicare Part D reimbursements. Pls. Opp. 14. The Government falsely suggests that harm will occur only in 2028 when *Part B* reimbursements are affected. Defts' Notice of Supp. Auth 2. Because HHS in fact listed Stelara for Government-

imposed price caps, and that listing injures NICA starting in 2026, Plaintiffs are under no burden to *disprove* the Government's assertion that the drug *might* later be deselected (an assertion that is entirely conjectural). Rather, it is *the Government* that must support its assertions that harm will be averted. Even if the Government might later introduce evidence to support this "possib[ility]," "[a]t the pleading stage, general factual allegations of injury resulting from the defendant's conduct may suffice." *Lujan v. Defs. of Wildlife*, 504 U.S. 555, 561 (1992).

**Second**, financial harm from lower future drug reimbursements is not Plaintiffs' principal claimed harm supporting standing. Though the Government tries to wish these allegations away, NICA alleges that "the IRA inflicts [harm] *now* by depriving NICA's members of constitutionally required due process, impermissibly delegating legislative power to the agency, and coercing compliance via excessive fines." Pls. Opp. to Mot. to Dismiss 6, ECF No. 47. Those are "here-and-now injur[ies]," *Axon Enter. v. FTC*, 598 U.S. 175, 192 (2023), that NICA is *already suffering* regardless of the details of any specific drug's future reimbursements. The Government also ignores unrefuted allegations that the IRA is "already impacting the ability of NICA's members to raise debt and equity funding for their operations," Supp. Nyquist Decl. ¶ 20, ECF No. 47-2, another independently cognizable injury.

Plaintiffs respectfully submit that the Government's motion to dismiss should be denied.

Dated: November 7, 2023                                     Respectfully submitted,

| | |
|---|---|
| /s/ Michael Kolber | /s/ Tim Cleveland |
| Michael Kolber* (New York Bar No. 4806527) | Tim Cleveland (Texas Bar No. 24055318) |
| MANATT, PHELPS & PHILLIPS LLP | Austin Krist (Texas Bar No. 24106170) |
| 7 Times Square | Ibituroko-Emi Lawson (Texas Bar No. 24113443) |
| New York, NY 10036 | McKenzie Edwards (Texas Bar No. 24116316) |
| (212) 790-4568 | CLEVELAND KRIST LLC |
| mkolber@manatt.com | 303 Camp Craft Road, Suite 325 |
|  | Austin, TX 78746 |
| Megan Thibert-Ind* (Illinois Bar No. 6290904) | (512) 689-8698 |
| MANATT, PHELPS & PHILLIPS LLP | tcleveland@clevelandkrist.com |
| 151 N. Franklin St. Suite 2600 |  |
| Chicago, IL 60606 | *Counsel for Plaintiff National Infusion Center Association* |
| (312) 477-4799 |  |
| mthibert-ind@manatt.com | /s/ Allissa Pollard |
|  | Allissa Pollard (Texas Bar No. 24065915) |
| *Admitted Pro Hac Vice | ARNOLD & PORTER KAYE SCHOLER LLP |
|  | 700 Louisiana Street, Suite 4000 |
| *Counsel for Plaintiff Global Colon Cancer Association* | Houston, TX 77002 |
|  | (713) 576-2451 |
|  | allissa.pollard@arnoldporter.com |
|  |  |
|  | Jeffrey Handwerker*(D.C. Bar No. 451913) |
|  | John Elwood*(D.C. Bar No. 452726) |
|  | Allon Kedem* (D.C. Bar No. 1009039) |
|  | William Perdue*(DC Bar No. 995365) |
|  | ARNOLD & PORTER KAYE SCHOLER LLP |
|  | 601 Massachusetts Avenue, NW |
|  | Washington, DC 20001 |
|  | (202) 942-5000 |
|  | jeffrey.handwerker@arnoldporter.com |
|  |  |
|  | *Admitted Pro Hac Vice |
|  |  |
|  | *Counsel for Plaintiff Pharmaceutical Research and Manufacturers of America* |