# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| NATIONAL INFUSION CENTER ASSOCIATION *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>XAVIER BECERRA, in his official capacity as Secretary of the Department of Health and Human Services, *et al.*,<br><br>Defendants. | Case No. 1:23-cv-00707-DAE |

## ORDER

Upon consideration of Defendants' motion to set an answer deadline, Plaintiffs' consent, and the entire record herein, it is hereby

**ORDERED** that the motion is granted; and it is further

**ORDERED** that Defendants shall answer or otherwise respond to the complaint on or before December 20, 2024.

**IT IS SO ORDERED**.

**DATED:** Austin, Texas, November 22, 2024.

_____
David Alan Ezra
Senior United States District Judge