# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| NATIONAL INFUSION CENTER ASSOCIATION, on behalf of itself and its members; GLOBAL COLON CANCER ASSOCIATION, on behalf of itself and its members; and PHARMACEUTICAL RESEARCH AND MANUFACTURERS OF AMERICA, on behalf of itself and its members,<br><br>                        Plaintiffs,<br><br>vs.<br><br>XAVIER BECERRA, in his official capacity as Secretary of the U.S. Department of Health and Human Services; the U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; CHIQUITA BROOKS-LASURE, in her official capacity as Administrator of the Centers for Medicare and Medicaid Services; and the CENTERS FOR MEDICARE AND MEDICAID SERVICES,<br><br>                        Defendants. | Civil Action No. 1:23-cv-00707 |

**JOINT MOTION TO SET BRIEFING SCHEDULE AND FOR OTHER RELIEF**

Plaintiffs and Defendants respectfully move jointly to set a briefing schedule governing the parties' forthcoming cross-motions for summary judgment, and for related relief requested below.

1. On June 21, 2023, Plaintiffs brought this action seeking declaratory and injunctive relief. ECF No. 1. Service has been effectuated by certified mail.

2. On August 10, 2023, Plaintiffs moved for summary judgment, ECF No. 33, pursuant to the parties' stipulated briefing schedule, ECF Nos. 33–34.

3. On August 28, 2023, before their deadline to respond to Plaintiffs' motion for summary judgment and to file a cross-motion for summary judgment, Defendants moved to dismiss for lack of subject matter jurisdiction and improper venue. ECF No. 39. The Court vacated the existing schedule for the summary judgment briefing, ECF No. 45, and, on February 12, 2024, granted Defendants' motion to dismiss, ECF No. 53.

4. On September 20, 2024, the Fifth Circuit reversed that decision and remanded the case to this Court. *Nat'l Infusion Ctr. Ass'n v. Becerra*, 116 F.4th 488 (2024). The mandate issued on November 12, 2024.

5. Since the Fifth Circuit's decision, the parties have met and conferred and intend to file cross-motions for summary judgment pursuant to Federal Rule of Civil Procedure 56.

6. The parties propose the following stipulated schedule for cross-motions:

- Plaintiffs will file a motion for summary judgment on or before January 10, 2025.

- Defendants will file a combined cross-motion for summary judgment, and opposition to Plaintiffs' motion on or before March 7, 2025.

- Plaintiffs will file a combined reply in support of their motion and opposition to Defendants' cross-motion on or before April 11, 2025.

- Defendants will file a reply in support of their cross-motion on or before May 13, 2025.

7. The parties respectfully request that the Court allow each brief described above to exceed this Court's default page limitations, due to the complexity of this case and the consolidated briefing on parallel motions. The parties request that the Court set the parties' page limits as follows:

- Plaintiffs' motion: 40 pages

- Defendants' combined cross-motion and opposition: 50 pages

- Plaintiffs' combined reply and opposition: 40 pages

- Defendants' reply: 30 pages

8. Defendants also note that the parties have conferred regarding Plaintiffs' intent to attach an expert declaration to their forthcoming motion for summary judgment. Defendants do not seek any relief on that issue at this time. Nevertheless, Defendants will review Plaintiffs' filing when it comes in, and reserve their rights to object or otherwise request any appropriate relief from the Court—including, specifically, relief that may disrupt this otherwise agreed-upon briefing schedule (*e.g.*, by requesting a pause in briefing to allow for expert discovery, submission of expert testimony from the government, a motion to strike or preclude consideration of the declaration, or some combination thereof). Plaintiffs note in response that their expert report was first disclosed to the government in August 2023, and any changes would simply be to update the report (without changing any of the opinions). The government has therefore had notice of those opinions since August 2023, and any delay to take expert discovery at this late date should therefore take that fact into account.

9. Because this case involves the facial constitutionality of a federal statute, the parties further respectfully request that the Court dispense with Defendants' obligation to file an Answer to the Complaint.

## CONCLUSION

For the foregoing reasons, the parties request that the Court: (1) order the above stipulated schedule for briefing on the parties' forthcoming cross-motions for summary judgment; (2) grant the parties' joint request to extend page limits for all briefs identified in that schedule; and (3) dispense with Defendants' obligation to file an Answer to the Complaint.

Dated: December 18, 2024

/s/ Michael Kolber
Michael Kolber* (New York Bar No. 4806527)
MANATT, PHELPS & PHILLIPS LLP
7 Times Square
New York, NY 10036
(212) 790-4568
mkolber@manatt.com

Megan Thibert-Ind* (Illinois Bar No. 6290904)
MANATT, PHELPS & PHILLIPS LLP
151 N. Franklin St. Suite 2600
Chicago, IL 60606
(312) 477-4799
mthibert-ind@manatt.com

*Admitted Pro Hac Vice*

*Counsel for Plaintiff Global Colon Cancer Association*

/s/ Stephen M. Pezzi
STEPHEN M. PEZZI
 Senior Trial Counsel
CHRISTINE L. COOGLE
MICHAEL J. GAFFNEY
CASSANDRA M. SNYDER
 Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Tel: (202) 305-8576
Email: stephen.pezzi@usdoj.gov

*Counsel for Defendants*

Respectfully submitted,

/s/ Tim Cleveland
Tim Cleveland (Texas Bar No. 24055318)
Austin Krist (Texas Bar No. 24106170)
Ibituroko-Emi Lawson (Texas Bar No. 24113443)
CLEVELAND KRIST LLC
303 Camp Craft Road, Suite 325
Austin, TX 78746
(512) 689-8698
tcleveland@clevelandkrist.com

*Counsel for Plaintiff National Infusion Center Association*

/s/ Allissa Pollard
Allissa Pollard (Texas Bar No. 24065915)
ARNOLD & PORTER KAYE SCHOLER LLP
700 Louisiana Street, Suite 4000
Houston, TX 77002
(713) 576-2451
allissa.pollard@arnoldporter.com

Jeffrey Handwerker* (D.C. Bar No. 451913)
John Elwood* (D.C. Bar No. 452726)
Allon Kedem* (D.C. Bar No. 1009039)
William Perdue* (DC Bar No. 995365)
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Avenue, NW
Washington, DC 20001
(202) 942-5000
jeffrey.handwerker@arnoldporter.com

*Admitted Pro Hac Vice*

*Counsel for Plaintiff Pharmaceutical Research and Manufacturers of America*