IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| NATIONAL INFUSION CENTER ASSOCIATION, ET. AL., *Plaintiffs* § § § § | |
| v. § | CASE NO. 1:23-CV-00707-DAE |
| XAVIER BECERRA, IN HIS OFFICIAL CAPACITY AS SECRETARY OF THE DEPARTMENT OF HEALTH AND HUMAN SERVICES, ET. AL., *Defendants* § § § § § § | |

**ORDER**

Now before the Court is the Parties' Joint Motion to Set Briefing Schedule and for Other Relief, filed December 18, 2024 (Dkt. 58). By Text Order entered December 20, 2024, the District Court referred the motion to this Magistrate Judge for disposition, pursuant to 28 U.S.C. § 636(b)(1)(A), Federal Rule of Civil Procedure 72, and Rule 1(c) of the Local Rules of the United States District Court for the Western District of Texas.

The Court **GRANTS IN PART** the Parties' Joint Motion to Set Briefing Schedule and for Other Relief (Dkt. 58). **IT IS ORDERED** that the parties' deadlines and page limits for briefing their forthcoming cross-motions for summary judgment are as set forth below:

> Plaintiffs' Motion for Summary Judgment (limited to 30 pages or less) is due by **January 10, 2025**;
>
> Defendants' Combined Cross-Motion for Summary Judgment and Opposition to Plaintiffs' Motion for Summary Judgment (limited to 40 pages or less) is due by **March 7, 2025**;
>
> Plaintiff's Combined Reply and Opposition to Defendants' Cross-Motion (limited to 30 pages or less) is due by **April 11, 2025**; and
>
> Defendants' Reply (limited to 20 pages or less) is due by **May 13, 2025**.

It is **FURTHER ORDERED** that Defendants need not file an Answer to the Complaint.

1

2

It is **FINALLY ORDERED** that the Clerk remove this case from this Magistrate Judge's docket and return it to the docket of the Honorable David A. Ezra.

**SIGNED** on January 6, 2025.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE