# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| NATIONAL INFUSION CENTER ASSOCIATION *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>XAVIER BECERRA, in his official capacity as Secretary of the Department of Health and Human Services, *et al.*,<br><br>Defendants. | Case No. 1:23-cv-00707 |

## NOTICE OF WITHDRAWAL

Please take notice that Christine L. Coogle, trial attorney at the United States Department of Justice, Civil Division, Federal Programs Branch, hereby withdraws her appearance on behalf of Defendants in this matter. The undersigned is departing the U.S. Department of Justice on March 14, 2025, and therefore will no longer be participating in this case. Defendants remain represented by other counsel from the U.S. Department of Justice, as reflected on the Court's docket.

Dated: March 14, 2025

Respectfully submitted,

ERIC J. HAMILTON
Deputy Assistant Attorney General

MICHELLE R. BENNETT
Assistant Branch Director

*/s/ Christine L. Coogle*
Christine L. Coogle (D.C. Bar No. 1738913)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, D.C. 20005
202-880-0282
christine.l.coogle@usdoj.gov

*Counsel for Defendants*