AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

National Infusion Center Association, et al. )
*Plaintiff* )
v. ) Case No. 1:23-cv-00707-DAE
Robert F. Kennedy, in his official capacity as )
*Defendant* )

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

prospective Amici Curiae Public Citizen, Families USA, Doctors for America, and Protect Our Care.

Date: April 22, 2025

/s/ Aaron Johnson
*Attorney's signature*

Aaron Johnson, Texas Bar No. 24056961
*Printed name and bar number*

Fair Labor Law PLLC
314 E. Highland Mall Blvd, Ste. 401
Austin, TX 78752

*Address*

ajohnson@fairlaborlaw.com
*E-mail address*

(512) 277-3505
*Telephone number*

(512) 277-2354
*FAX number*