ATTACHMENT

Nandan M. Joshi, applicant for admission pro hac vice, has been admitted to the following courts on the dates indicated.

| Court/Bar | Date of Admission |
| --- | --- |
| District of Columbia | 12/1/1997 |
| State of Maryland (inactive) | 12/18/1996 |
| U.S. Supreme Court | 2/28/2005 |
| U.S. Court of Appeals for the District of Columbia Circuit | 6/2/2003 |
| U.S. Court of Appeals for the Second Circuit | 3/6/2013 |
| U.S. Court of Appeals for the Third Circuit | 6/2/21 |
| U.S. Court of Appeals for the Fourth Circuit | 8/10/2005 |
| U.S. Court of Appeals for the Fifth Circuit | 3/18/2015 |
| U.S. Court of Appeals for the Eighth Circuit | 7/7/1999 |
| U.S. Court of Appeals for the Ninth Circuit | 2/22/2005 |
| U.S. Court of Appeals for the Tenth Circuit | 3/30/2022 |
| U.S. Court of Appeals for the Eleventh Circuit | 6/21/2021 |
| U.S. Court of Appeals for the Federal Circuit | 1/26/1999 |
| U.S. District Court for the District of Columbia | 3/3/1998 |