**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

|  |  |  |
|---|---|---|
| _____ | ) | |
| | ) | |
| NATIONAL INFUSION CENTER | ) | |
| ASSOCIATION, et al., | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 1:23-cv-00707-DAE |
| | ) | |
| ROBERT F. KENNEDY, JR., in his official | ) | |
| Capacity as Secretary of the U.S. Department of | ) | |
| Health and Human Services, et al. | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**[PROPOSED] ORDER ON MOTION OF PUBLIC CITIZEN, DOCTORS FOR**
**AMERICA, PROTECT OUR CARE, AND FAMILIES USA FOR LEAVE TO FILE**
**BRIEF OF AMICI CURIAE**

Having reviewed the Motion of Public Citizen, Doctors for America, Protect Our Care, and

Families USA for leave to file brief of amici curiae in support of Defendants, and the entire record

herein, the Court orders the motion GRANTED.


SIGNED on _____, 2025.


_____
DAVID A. EZRA
UNITED STATES DISTRICT JUDGE