UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| NATIONAL INFUSION CENTER ASSOCIATION, *et al.*,<br><br>*Plaintiffs*,<br><br>–v–<br><br>ROBERT F. KENNEDY, JR., in his official capacity as U.S. Secretary of Health & Human Services, *et al.*,<br><br>*Defendants*. | Case No. 1:23-cv-00707-DAE |

## NOTICE OF APPEARANCE OF COUNSEL

To the Clerk of the Court and all parties of record:

I am admitted to practice in this Court and I appear in this case as counsel for prospective Amici Curiae Stuart Altman, PhD; Robert A. Berenson, MD; Donald Berwick, MD; David Blumenthal, MD; Francis J. Crosson, MD; Paul Ginsburg, PhD; Marilyn Moon, PhD; and Bruce Vladeck, PhD.

Date: April 25, 2025

Respectfully submitted,

*/s/ Clark Richards*
**Clark Richards**
State Bar No. 90001613
crichards@rrsfirm.com
**RICHARDS RODRIGUEZ & SKEITH, LLP**
611 West 15th Street
Austin, Texas 78701
Telephone: (512) 476-0005
Facsimile: (512) 476-1513

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 25, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who have consented to electronic notification.

/s/ *Clark Richards*
**Clark Richards**
