BAR ADMISSION APPENDIX – Alyssa Howard Card

| **Jurisdiction** | **Year Admitted** | **Reg. Number** |
|---|---|---|
| State of Illinois | 2020 | 6332827 |
| District of Columbia | 2020 | 1708226 |
| U.S. Supreme Court | 2024 | 320763 |
| U.S. Court of Appeals for the Third Circuit | 2024 | n/a |
| U.S. Court of Appeals for the Fourth Circuit | 2021 | n/a |
| U.S. Court of Appeals for the Fifth Circuit | 2023 | n/a |
| U.S. District Court for the District of the District of Columbia | 2023 | 1708226 |
| U.S. District Court for the District of Maryland | 2021 | 21853 |