APPENDIX

I am a member in good standing of the following Bars, admitted in the years shown below:

| | |
|---|---|
| District of Columbia Court of Appeals<br>430 E Street NW, Room 123<br>Washington, D.C. 20001 | 1990 |
| U.S. Supreme Court<br>1 First Street NE<br>Washington, D.C. 20543 | 2019 |
| U.S. Court of Appeals for the District of Columbia Circuit<br>333 Constitution Avenue NW<br>Washington, D.C. 20001 | 2019 |
| U.S. Court of Appeals for the Federal Circuit<br>717 Madison Place NW<br>Washington, D.C. 20439 | 2020 |
| U.S. Court of Appeals for the Fifth Circuit<br>600 S. Maestri Place, Suite 115<br>New Orleans, LA 70130 | 2019 |
| U.S. District Court for the District of Columbia<br>333 Constitution Avenue NW<br>Washington, D.C. 20001 | 2018 |