BAR ADMISSIONS APPENDIX – William B. Schultz

| Jurisdiction | Year Admitted | Bar Number |
| --- | --- | --- |
| District of Columbia | 1975 | 218990 |
| Commonwealth of Virginia | 1974 | 11482 |
| U.S. Supreme Court | 1976 | 118166 |
| U.S. Court of Appeals for the District of Columbia | 1976 | 24538 |
| U.S. Court of Appeals for the Federal Circuit | 2017 | n/a |
| U.S. Court of Appeals for the Second Circuit | 2025 | n/a |
| U.S. Court of Appeals for the Third Circuit | 1987 | n/a |
| U.S. Court of Appeals for the Fourth Circuit | 1978 | n/a |
| U.S. Court of Appeals for the Fifth Circuit | 2019 | n/a |
| U.S. Court of Appeals for the Sixth Circuit | 1985 | n/a |
| U.S. Court of Appeals for the Seventh Circuit | 2022 | n/a |
| U.S. District Court for the District of Columbia | 1976 | 218990 |
| U.S. Court of Appeals for the Eastern District of Virginia | 1975 | n/a |

10154816.1