UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| NATIONAL INFUSION CENTER ASSOCIATION, *et al.*,<br><br>*Plaintiffs*,<br><br>–v–<br><br>ROBERT F. KENNEDY, JR., in his official capacity as U.S. Secretary of Health & Human Services, *et al.*,<br><br>*Defendants*. | Case No. 1:23-cv-00707-DAE |

**[PROPOSED] ORDER**

UPON CONSIDERATION of the Consent Motion for Leave to File *Amicus* Brief in Support of Defendants' Cross-Motion for Summary Judgment (the "Motion") filed by Stuart Altman, PhD; Robert A. Berenson, MD; Donald Berwick, MD; David Blumenthal, MD; Francis J. Crosson, MD; Paul Ginsburg, PhD; Marilyn Moon, PhD; and Bruce Vladeck, PhD, and being advised that Plaintiffs and Defendants consent to the relief requested,

it is this _____ day of April, 2025, by the United States District Court for the Western District of Texas hereby **ORDERED** that the Motion is GRANTED.

_____
David Alan Ezra, United States District Judge