UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| NATIONAL INFUSION CENTER ASSOCIATION, *et al.*,<br><br>                    Plaintiffs,<br><br>v.<br><br>ROBERT F. KENNEDY, JR., in his official capacity as Secretary of Health and Human Services, *et al.*,<br><br>                    Defendants. | Case No. 1:23-cv-00707 |

[PROPOSED] ORDER

Before the Court is Economists and Scholars of Health Policy's Motion for Leave to File Brief as Amicus Curiae in Support of Defendants' Motion for Summary Judgment. Having considered the Motion, relevant docket entries, and applicable law, the Court finds that the motion should be and hereby is **GRANTED.**

Therefore, the Clerk of the Court is **INSTRUCTED** to file the Brief of Amicus Curiae, attached to the Motion as Exhibit A, as a separate docket entry.

**SO ORDERED** on this _____ day of _____, 2025.

_____
The Honorable David A. Ezra
United States District Judge

1