IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

NATIONAL INFUSION CENTER
ASSOCIATION, et al.,

-vs-

ROBERT F. KENNEDY, JR., in his official capacity as U.S. Secretary of Health & Human Services, et al.

Case No. 1:23-cv-00707-DAE

**O R D E R**

BE IT REMEMBERED on this the **28th** day of **April**, 20**25**, there was presented to the Court the Motion for Admission *Pro Hac Vice* filed by **William B. Schultz** ("Applicant"), counsel for **Amici Curiae** and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission *Pro Hac Vice* is GRANTED, and Applicant may appear on behalf of **Amici Curiae** in the above case.

IT IS FURTHER ORDERED that Applicant, if Applicant has not already done so, shall, in compliance with Local Court Rule AT-1(f)(2), immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**.

IT IS FURTHER ORDERED that Applicant, pursuant to the Administrative Policies and Procedures for Electronic Filing in Civil and Criminal cases in the Western District of Texas, shall register as a filing user within 10 days of the date of this Order.

IT IS FINALLY ORDERED that Applicant's *Pro Hac Vice* status shall not become effective until Applicant has complied with all provisions of this Order.

SIGNED this the **28th** day of **April**, 20**25**.

_____
David Alan Ezra
Senior United States District Judge