# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| NATIONAL INFUSION CENTER ASSOCIATION, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>ROBERT F. KENNEDY, JR., in his official capacity as Secretary of Health and Human Services, *et al.*,<br><br>　　　　　Defendants. | Case No. 1:23-cv-00707 |

## MOTION TO WITHDRAW APPEARANCE

　　Pursuant to Local Rule AT-3, Defendants seek leave of the Court to withdraw the appearance of Cassandra M. Snyder as counsel for Defendants in this matter. The undersigned is no longer assigned to handle this matter and will, therefore, no longer be participating in this case. Stephen M. Pezzi will continue to represent Defendants in this matter. Plaintiffs have indicated that they do not oppose this withdrawal.

Dated: July 7, 2025

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　ERIC HAMILTON
　　　　　　　　　　　　　　　　　Deputy Assistant Attorney General

　　　　　　　　　　　　　　　　　MICHELLE R. BENNETT
　　　　　　　　　　　　　　　　　Assistant Branch Director

　　　　　　　　　　　　　　　　　*/s/ Cassandra M. Snyder*
　　　　　　　　　　　　　　　　　Stephen M. Pezzi (D.C. Bar No. 995500)
　　　　　　　　　　　　　　　　　Senior Trial Counsel
　　　　　　　　　　　　　　　　　Cassandra M. Snyder (D.C. Bar No. 1671667)
　　　　　　　　　　　　　　　　　Trial Attorney
　　　　　　　　　　　　　　　　　U.S. Department of Justice
　　　　　　　　　　　　　　　　　Civil Division, Federal Programs Branch
　　　　　　　　　　　　　　　　　1100 L St. NW

Washington, D.C. 20005
202-451-7729
cassandra.m.snyder@usdoj.gov

*Counsel for Defendants*