**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| NATIONAL INFUSION CENTER ASSOCIATION *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>ROBERT F. KENNEDY, JR., in his official capacity as Secretary of Health and Human Services, *et al.*,<br><br>Defendants. | Case No. 1:23-cv-00707-DAE |

**[PROPOSED] ORDER**

Upon consideration of Defendants' motion to withdraw appearance, it is hereby

**ORDERED** that the motion is granted; and it is further

**ORDERED** that the appearance of Cassandra M. Snyder be withdrawn from this case.

**SO ORDERED**.

DATED: Austin, Texas ________________________, 2025.

______________________________
**David Alan Ezra**
UNITED STATES DISTRICT JUDGE