AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Texas (Austin)

| | |
|---|---|
| National Infusion Center Association, et al *Plaintiff* v. Xavier Becerra, et al *Defendant* | ) ) ) ) ) ) ) Civil Action No. 1:23-cv-00707-DAE |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: the Court (1) DENIES Plaintiffs' Motion for Summary Judgment (Dkt. # 60), and (2) GRANTS Defendant's Cross-Motion for Summary Judgment. (Dkt. # 70.) Because the Government is entitled to summary judgment on Plaintiffs' constitutional claims, they are DISMISSED WITH PREJUDICE.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge David Alan Ezra on a motion for Summary Judgment.

Date: 08/07/2025

**Philip J. Devlin**
*CLERK OF COURT*

*Signature of Clerk or Deputy Clerk*