**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

NATIONAL INFUSION CENTER
ASSOCIATION *et al.*,

              Plaintiffs,

vs.

ROBERT F. KENNEDY, JR., in his official capacity
as Secretary of Health and Human Services, *et al.*,

              Defendants.

Civil Action No. 1:23-cv-00707

## NOTICE OF APPEAL

Notice is hereby given that Plaintiffs, the National Infusion Center Association, the Global Colon Cancer Association, and the Pharmaceutical Research and Manufacturers of America, appeal to the United States Court of Appeals for the Fifth Circuit regarding this Court's Order dated August 7, 2025 (a copy of which is attached hereto), denying Plaintiffs' motion for summary judgment and granting the cross-motion for summary judgment of Defendants Robert F. Kennedy, Jr., in his official capacity as Secretary of the United States Department of Health and Human Services, the United States Department of Health and Human Services, Dr. Mehmet Oz, in his official capacity as Administrator of the Centers for Medicare and Medicaid Services, and the Centers for Medicare and Medicaid Services.

Dated: August 13, 2025

Respectfully submitted,

/s/ Michael Kolber

Michael Kolber* (New York Bar No. 4806527)
MANATT, PHELPS & PHILLIPS LLP
7 Times Square
New York, NY 10036
(212) 790-4568
mkolber@manatt.com

Megan Thibert-Ind* (Illinois Bar No. 6290904)
MANATT, PHELPS & PHILLIPS LLP
151 N. Franklin St. Suite 2600
Chicago, IL 60606
(312) 477-4799
mthibert-ind@manatt.com

*Admitted Pro Hac Vice*

*Counsel for Plaintiff Global Colon Cancer Association*

/s/ Tim Cleveland

Tim Cleveland (Texas Bar No. 24055318)
Austin Krist (Texas Bar No. 24106170)
Ibituroko-Emi Lawson (Texas Bar No. 24113443)
Lourdes Ortiz (Texas Bar No. 24116316)
CLEVELAND KRIST LLC
303 Camp Craft Road, Suite 325
Austin, TX 78746
(512) 689-8698
tcleveland@clevelandkrist.com

*Counsel for Plaintiff National Infusion Center Association*

/s/ Allissa Pollard

Allissa Pollard (Texas Bar No. 24065915)
ARNOLD & PORTER KAYE SCHOLER LLP
700 Louisiana Street, Suite 4000
Houston, TX 77002
(713) 576-2451
allissa.pollard@arnoldporter.com

Jeffrey Handwerker* (D.C. Bar No. 451913)
John Elwood* (D.C. Bar No. 452726)
Allon Kedem* (D.C. Bar No. 1009039)
William Perdue* (DC Bar No. 995365)
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Avenue, NW
Washington, DC 20001
(202) 942-5000
jeffrey.handwerker@arnoldporter.com

*Admitted Pro Hac Vice*

*Counsel for Plaintiff Pharmaceutical Research and Manufacturers of America*