**FILED**
August 19, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____PG_____
DEPUTY

# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
August 19, 2025
Lyle W. Cayce
Clerk

───────────────

No. 25-50661

───────────────

NATIONAL INFUSION CENTER ASSOCIATION, *on behalf of itself and its members*; GLOBAL COLON CANCER ASSOCIATION, *on behalf of itself and its members*; PHARMACEUTICAL RESEARCH AND MANUFACTURERS OF AMERICA, *on behalf of itself and its members*,

*Plaintiffs—Appellants*,

*versus*

ROBERT F. KENNEDY, JR., *Secretary, U.S. Department of Health and Human Services, In his Official Capacity*; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; MEHMET OZ, *Administrator of* THE CENTERS FOR MEDICARE and MEDICAID SERVICES, *In his Official Capacity*; CENTERS FOR MEDICARE AND MEDICAID SERVICES,

*Defendants—Appellees.*

───────────────

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:23-CV-707

───────────────

UNPUBLISHED ORDER

Before STEWART, WILLETT, and WILSON, *Circuit Judges*.

PER CURIAM:

No. 25-50661

IT IS ORDERED that Appellants' motion to expedite the appeal is GRANTED.

## United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

August 19, 2025

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 25-50661   Natl Infusion Center v. Kennedy
                  USDC No. 1:23-CV-707

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Casey A. Sullivan, Deputy Clerk
504-310-7642

**P.S. To All Counsel:** An expedited briefing schedule will issue under separate cover. Paper copies of all briefs will be due immediately after electronic filing.

Mr. Maxwell A. Baldi
Mr. Timothy A. Cleveland
Mr. Philip Devlin
Mr. John Patrick Elwood
Mr. Michael Strauss Kolber
Mr. Stephen Michael Pezzi
Ms. Allissa Aileen Rose Pollard