**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

|  |  |
|---|---|
| NATIONAL INFUSION CENTER ASSOCATION, on behalf of itself and its members; GLOBAL COLON CANCER ASSOCATION, on behalf of itself and its members; and PHARMACEUTICAL RESEARCH AND MANUFACTURERS OF AMERICA, on behalf of itself and its members,<br><br>            Plaintiffs,<br><br>vs.<br><br>XAVIER BECERRA, in his official capacity as Secretary of the U.S. Department of Health and Human Services; the U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; CHIQUITA BROOKS-LASURE, in her official capacity as Administrator of the Centers for Medicare and Medicaid Services; and the CENTERS FOR MEDICARE AND MEDICAID SERVICES,<br><br>            Defendants. | Civil Action No. 1:23-cv-00707<br>Motion to Withdraw Appearance |

**MOTION TO WITHDRAW APPEARANCE OF MEGAN THIBERT-IND**

Comes now, Megan Thibert-Ind, one of the attorneys of record for Plaintiff / Appellant Global Colon Cancer Association. This matter is currently on appeal in Case No. 25-50661 before the United States Court of Appeals for the Fifth Circuit.

Wherefore, it is respectfully requested that the Ms. Thibert-Ind be granted permission to withdraw her appearance on behalf of Plaintiff / Appellant Global Colon Cancer Association. Good cause exists because counsel Thibert-Ind is leaving the law firm, Manatt, Phelps & Phillips LLP, and counsel of record, Michael Kolber, will remain counsel for Global Colon Cancer Association. Thus, there will be no need for substitution of counsel and Plaintiff / Appellant Global Colon

404756482.1

Cancer Association remains represented. The client has been notified of Ms. Thibert-Ind's withdrawal.

DATED: May 7, 2026                              Respectfully submitted,

                                                */s/ Michael Kolber*
                                                Michael Kolber*
                                                MANATT, PHELPS & PHILLIPS LLP
                                                7 Times Square
                                                New York, NY 10036
                                                (212) 790-4568
                                                mkolber@manatt.com


                                                Megan Thibert-Ind* (Illinois Bar No.
                                                  6290904)
                                                MANATT, PHELPS & PHILLIPS LLP
                                                151 N. Franklin St. Suite 2600
                                                Chicago, IL 60606
                                                (312) 477-4799
                                                mthibert-ind@manatt.com

                                                *Admitted Pro Hac Vice*

                                                *Counsel for Plaintiff Global Colon Cancer
                                                Association*

404756482.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of May, 2026, I electronically transmitted the attached document to the Clerk's office using the CM/ECF system for filing and transmittal of a notice of electronic filing to all counsel of record.

/s/ *Megan Thibert-Ind*
Megan Thibert-Ind

404756482.1